**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Louis M. Feiertag III                    CHAPTER 13
                              Debtor(s)

                                                 BKY. NO. 26-10285 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

        Respectfully submitted,

       /s/ *Matthew Fissel*

       Matthew Fissel
       13 Feb 2026, 16:15:07, EST

       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 19106-1532
       (215) 627-1322

Document ID: c49c1aecfe5651f6abd591e58d497688b6600dd22bc733a519b65e9a1d2f7494