*Form 237* (3/23)–doc 16

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Louis M. Feiertag III | ) | Case No. 26–10285–djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE

To DEPT OF AID/AIDVANTAGE;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #3 in the amount of $$2,487 has been filed in your name by the Debtor on 4/1/26.

Date: April 2, 2026

For The Court

Mohung Wong
Clerk of Court