*Form 237* (3/23)–doc 17

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:            )
  Louis M. Feiertag III      )   Case No. 26–10285–djb
              )
              )
  Debtor(s).        )   Chapter: 13
              )
              )

## NOTICE

To DEPT OF ED/AIDVANTAGE;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #018 in the amount of $$2,487 has been filed in your name by the Debtor on 4/1/26.

Date: April 2, 2026          For The Court

                  Mohung Wong
                  Clerk of Court