United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-10285-djb

Louis M. Feiertag, III                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                             Page 1 of 2

Date Rcvd: Apr 02, 2026                       Form ID: 237                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID                Recipient Name and Address**
db                    + Louis M. Feiertag, III, 749 King Way, Warminster, PA 18974-4347

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

**Recip ID          Notice Type: Email Address                        Date/Time                Recipient Name and Address**
15096297           Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com
                                                                             Apr 03 2026 00:31:05     DEPT OF ED/AIDVANTAGE, 1600 TYSON
                                                                                                                 BOULEVARD, ST, MCLEAN, VA 75403

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                         Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

**Name                          Email Address**

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                              on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL SETH SCHWARTZ
                              on behalf of Debtor Louis M. Feiertag  III msbankruptcy@gmail.com, MSchwartz@jubileebk.net

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 02, 2026                       Form ID: 237                            Total Noticed: 2
TOTAL: 4

*Form 237* (3/23)–doc 16

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Louis M. Feiertag III | ) | Case No. 26–10285–djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE

To DEPT OF AID/AIDVANTAGE;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #3 in the amount of $$2,487 has been filed in your name by the Debtor on 4/1/26.

Date: April 2, 2026

For The Court

Mohung Wong
Clerk of Court