**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Louis M. Feiertag, III** | : | **Chapter 13** |
| | | : | |
| | | : | **Bankruptcy Case Number** |
| | | : | **26-10285 DJB** |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that on April 8, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

**Date: 4/8/26**                              \s\ **Michael Schwartz**
                                              **MICHAEL SCHWARTZ, ESQUIRE**
                                              **Attorney for Debtor**
                                              707 Lakeside Park
                                              Southampton, PA 18966
                                              215-396-7900
                                              msbankruptcy@gmail.com

MAILING LIST EXHIBIT

Creditors:

**Via Email**
**PENNYMAC LOAN SERVICES**
**POC - 12**
Acct: 5977
Email: BK@pnmac.com

**Via Email**
**AFFIRM INC**
**POC - 7**
650 CALIFORNIA ST FL 12 SAN FRANCISCO, CA 94108
Acc.: DH32, FQXX
Email: askbk@resurgent.com

**Via Email**
**AMERICAN EXPRESS**
**POC - 9**
Acc.: -9213. 4150, 1009
Email: proofofclaim@becket-lee.com

**Via Email**
**AMEX/DSNB/Macy's (Citibank)**
**POC - 4**
Acc.: 4150
Email: recovery.bnakruptcy@citi.com

**Via Regular Mail**
**APPLE CARD/GS BANK USA**
LOCKBOX 6112 PO BOX 7247
PHILADELPHIA, PA 19170
Acc.: 8692

**Via Email**
**BARCLAYS BANK/OLD NAVY (Portfolio Recovery)**
**POC - 15**
125 S WEST ST WILMINGTON, DE 19801
Acc.: 9940
Email: Bankruptcy_Info@portfoliorecovery.com

**Via Email**
**CAPITAL ONE BANK USA**
POC - 5
Acc.: 4739
Email: POC_AIS@aisinfo.com

**Via Email**
**CAVALRY PORTFOLIO SERV (Synchrony Bank/TJX)**
POC - 13
Acc.: 4322
Email: bankruptcy@cavps.com

**Via Email**
**CITICARDS CBNA (LVNV FUNDING)**
POC – 17, 16
Acc.: 1568, 9130
Email: askbk@resurgent.com

**Via Regular Mail**
**DEPT OF ED/AIDVANTAGE**
**POC - 18**
1600 TYSON BOULEVARD, ST MCLEAN, VA 75403
Acc.: 0130

claim 18

**Via Regular Mail**
**TRUMARK FINANCIAL CU**
335 COMMERCE DR
FORT WASHINGTON, PA 19034

**Via Email**
**JPMCB CARD SERVICES**
**POC 6**
Acc.: 9448
Email: pocquestions@nbsdefaultservices.com

**Via Email**
**LVNV FUNDING LLC (Cap One – Kohls, ebay mastercard)**
**POC – 2, 3**
Acc.: 8260, 4158
Email: askbk@resurgent.com

**Via Email**
**MIDLAND CREDIT MANAGEMENT**
POC 8
Acc.: 7926, 5013
Email: bankruptcydm@mcmcg.com

**Via Email**
**PNC BANK, N.A.**
**POC - 14**
Acc.: 5043
Email: bankruptcy.claims@pnc.com

**Via Email**
**THE BUREAUS (Quantum3)**
**POC -1**
Acc.: 2732, 3354
Email: claims@quantum3group.com

**Via Email**
**THE POLICE & FIRE FCU**
**POC - 10**
Acc.: 4001
Email: smithj3@PFFCU.org

**Via Email**
**US Bank**
**POC – 11**
Acc.: 0159
Email: poc@ourcardhelp.com


US Trustee, Kenneth West via CM/ECF system