United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10285-djb |
| Louis M. Feiertag, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 02, 2026 | Form ID: 155 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louis M. Feiertag, III, 749 King Way, Warminster, PA 18974-4347 |
| 15116949 | | Cavalry SPV I, LLC, PO Box 272822, Tempe AZ 85285 |
| 15102296 | + | Citibank, N.A., 400 White Clay Center Drive, Newark DE 19711-5468 |
| 15096299 | + | Law Office of Michael Schwartz, 707 Lakeside Park, Southampton, PA 18966-4020 |
| 15104514 | + | PENNYMAC LOAN SERVICES, LLC, c/o Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15096305 | + | THE POLICE & FIRE FC, 3333 STREET RD, BENSALEM, PA 19020-2022 |
| 15130223 | + | Trumark Credit Union, Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15096288 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 03 2026 00:59:09 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 15096289 | + | Email/PDF: bncnotices@becket-lee.com | Jul 03 2026 00:59:01 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 15096290 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 03 2026 01:15:55 | AMEX/DSNB, 9111 DUKE BLVD, MASON, OH 45040-8999 |
| 15096291 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 03 2026 00:53:00 | APPLE CARD/GS BANK USA, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-0001 |
| 15106456 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2026 00:59:08 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15123348 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 03 2026 00:59:14 | Aidvantage - Fed Stud Aid Loan Servicing, PO Box 300001, Greenville, TX 75403-3001 |
| 15109426 | | Email/PDF: bncnotices@becket-lee.com | Jul 03 2026 00:59:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15096292 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 03 2026 00:53:00 | BARCLAYS BANK/OLD NAVY, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 15096293 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:59:08 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 15096295 | + | Email/Text: bankruptcy@cavps.com | Jul 03 2026 00:54:00 | CAVALRY PORTFOLIO SERV, 1 AMERICAN LN STE 220, GREENWICH, CT 06831-2563 |
| 15096296 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 03 2026 01:16:49 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 15102867 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:59:14 | Capital One N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 15102641 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 03 2026 00:59:09 | Capital One, N.A., 4515 N Santa Fe Ave, |

District/off: 0313-2                              User: admin                                   Page 2 of 3

Date Rcvd: Jul 02, 2026                          Form ID: 155                                   Total Noticed: 43

| | | | | |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-7901 |
| 15116714 | + | Email/Text: bankruptcy@cavps.com | Jul 03 2026 00:54:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15102125 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 03 2026 01:17:06 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15096297 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 03 2026 00:59:14 | DEPT OF ED/AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |
| 15096298 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 03 2026 00:59:14 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 15105281 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 03 2026 00:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15096300 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2026 00:59:02 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 15100654 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2026 00:59:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15096301 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 03 2026 00:54:00 | MIDLAND CREDIT MANAGEM, 320 E BIG BEAVER RD STE, TROY, MI 48083-1238 |
| 15107470 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 03 2026 00:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15096302 | + | Email/PDF: ebnotices@pnmac.com | Jul 03 2026 01:16:28 | PENNYMAC LOAN SERVICES, 6101 CONDOR DR STE 200, MOORPARK, CA 93021-2602 |
| 15116413 | + | Email/PDF: ebnotices@pnmac.com | Jul 03 2026 01:17:13 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15103881 | ^ | MEBN | Jul 03 2026 00:52:09 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15096303 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 03 2026 00:53:00 | PNC BANK, N.A., 1 FINANCIAL PKWY, KALAMAZOO, MI 49009 |
| 15118392 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 03 2026 00:53:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15120836 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 03 2026 00:59:15 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15113728 | + | Email/Text: bankruptcy1@pffcu.org | Jul 03 2026 00:53:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15100279 | | Email/Text: bnc-quantum@quantum3group.com | Jul 03 2026 00:54:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 15099974 | | Email/Text: bnc-quantum@quantum3group.com | Jul 03 2026 00:54:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 15096304 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jul 03 2026 00:53:00 | THE BUREAUS, 650 DUNDEE RD STE 370, NORTHBROOK, IL 60062-2757 |
| 15096306 | + | Email/Text: dbogucki@trumark.org | Jul 03 2026 00:54:11 | TRUMARK FINANCIAL CU, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 15115022 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 03 2026 00:54:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15115642 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 03 2026 00:54:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5227, Cincinnati OH 45201 |
| 15096323 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 03 2026 00:54:00 | US Bank, PO Box 790408, St. Louis, MO 63179-0408 |

District/off: 0313-2                        User: admin                                  Page 3 of 3

Date Rcvd: Jul 02, 2026                     Form ID: 155                              Total Noticed: 43

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 15096294 | | CAR LEASE - WIFE |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                  Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:

**Name**                          **Email Address**

CORINNE SAMLER BRENNAN

on behalf of Creditor Trumark Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL SETH SCHWARTZ

on behalf of Debtor Louis M. Feiertag  III msbankruptcy@gmail.com, MSchwartz@jubileebk.net

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Louis M. Feiertag III | ) | Case No. 26–10285–djb |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 2, 2026

                                               For The Court

                                             Derek J Baker
                                             Judge, United States Bankruptcy Court