**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | Louis M. Feiertag, III | : | Chapter 13 |
| | | : | |
| | | : | **Bankruptcy Case Number** |
| | | : | **26-10285 DJB** |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that on July 22, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

**Date: 7/22/26**

        \s\ **Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**
707 Lakeside Park
Southampton, PA 18966
215-396-7900
msbankruptcy@gmail.com

MAILING LIST EXHIBIT

Creditors:

| | |
|---|---|
| Proof of Claim 7 | Via Email |
| AFFIRM INC | ask@resurgent.com |
| 650 CALIFORNIA ST FL 12 | |
| SAN FRANCISCO, CA 94108 | |

| | |
|---|---|
| Proof of Claim 9 | Via Email |
| AMERICAN EXPRESS | Proofofclaim@becket-lee.com |
| PO BOX 297871 | |
| FORT LAUDERDALE, FL 33329 | |

| | |
|---|---|
| APPLE CARD/GS BANK USA | Via Regular Mail |
| LOCKBOX 6112 PO BOX 7247 | |
| PHILADELPHIA, PA 19170 | |

| | |
|---|---|
| Proof of Claim 15 | Via Email |
| BARCLAYS BANK/OLD NAVY | Bankruptcy_info@portfoliorecovery.com |
| 125 S WEST ST | |
| WILMINGTON, DE 19801 | |

| | |
|---|---|
| Proof of Claim 5 | Via Email |
| CAPITAL ONE BANK USA | POC_AIS@aisinfo.com |
| PO BOX 31293 | |
| SALT LAKE CITY, UT 84131 | |

| | |
|---|---|
| Proof of claim 13 | Via Email |
| CAVALRY PORTFOLIO SERV | bankruptcy@cavps.com |
| 1 AMERICAN LN STE 220 | |
| GREENWICH, CT 06831 | |

| | |
|---|---|
| Proof of Claim 4 | Via Email |
| CITIBANK, NA | Recovery.Bankruptcy@citi.com |
| 5800 S Corporate Pl | |
| Sioux Falls, SD  57108 | |

| | |
|---|---|
| Proof of Claim 19 | Via Email |
| DEPT OF ED/AIDVANTAGE | edbankruptcy@ecmc.org |
| 1600 TYSON BOULEVARD, ST | |
| MCLEAN, VA 75403 | |

Proof of Claim 6

JPMCB CARD SERVICES

PO BOX 15369

WILMINGTON, DE 19850

Via Email

pocquestions@nbsdefaultservices.com

Proof of Claim 17, 16, 3, 2

LVNV FUNDING LLC (Citibank, Cap One, Synchrony Ebay)

PO BOX 1269

GREENVILLE, SC 29602

Via Email

askbk@resurgent.com

Proof of Claim 8

MIDLAND CREDIT MANAGEM

320 E BIG BEAVER RD STE

TROY, MI 48083

Via Email

bankruptcydm@mcmcg.com

Proof of Claim 12

PENNYMAC LOAN SERVICES

6101 CONDOR DR STE 200

MOORPARK, CA 93021

Via Email

BK@pnmac.com

Proof of Claim 14

PNC BANK, N.A.

1 FINANCIAL PKWY

KALAMAZOO, MI 49009

Via Email

Bankruptcy.claims@pnc.com

Proof of Claim 1

THE BUREAUS (Cap One)

650 DUNDEE RD STE 370

NORTHBROOK, IL 60062

Via Email

claims@quantum3group.com

Proof of Claim 10

THE POLICE & FIRE FCU

3333 STREET RD

BENSALEM, PA 19020

Via Email

Smithj3@pffcu.org

TRUMARK FINANCIAL CU

335 COMMERCE DR

FORT WASHINGTON, PA 19034

**Corrine Samler Brennan** via CM/ECF system

Proof of Claim 11                          Via Email

US Bank                                    poc@ourcardhelp.com

PO Box 790408

Saint Louis, MO 63179


**US Trustee, Kenneth West** via CM/ECF system