**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Louis M. Feiertag, III** | : | **Chapter 13** |
| | | : | |
| | | : | **Bankruptcy Case Number** |
| | | : | **26-10285 DJB** |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion to modify chapter 13 plan with the Clerk of the United States Bankruptcy Court on July 22, 2026 and sent notice via electronic notification and/or First Class Mail on July 22, 2026 to the Trustee and all parties; that they had fourteen (14) days to file an Answer, Objection or other responsive pleading; that more than fourteen (14) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

Respectfully Submitted,

_______\s\ Michael Schwartz_______
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor