**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Louis M Feiertag, III** | : | **Chapter 13** |
| | | : | |
| | | : | **Bankruptcy Case Number** |
| | | : | **26-10285** |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM 18**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw proof of claim number 18 filed by Debtor's Counsel. Creditor has since filed their own claim.

Respectfully submitted,

Dated: August 17, 2026_

/s/ Michael Schwartz, Esquire_____
**Counsel for Debtor**
**215-396-7900**