Certificate Number: 03088-PAE-DE-041381985

Bankruptcy Case Number: 26-10285

03088-PAE-DE-041381985

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2026, at 2:25 o'clock PM CDT, Louis M Feiertag III completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 28, 2026

By: /s/Lorenza Garcia

Name: Lorenza Garcia

Title: Counselor